ACCEPTED
01-15-00843-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 3:41:08 PM
CHRISTOPHER PRINE
CLERK

# NO.  01-15-00843-CV

**IN THE FIRST COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 3:41:08 PM
CHRISTOPHER A. PRINE
Clerk

**KINDRED HEALTHCARE, INC.
AND
TRIUMPH HOSPITAL OF EAST HOUSTON, L.P.
D/B/A KINDRED HOSPITAL OF CLEAR LAKE,**

*Appellants*

**V.**

**CRISTOBAL MORALES**

*Appellee*

Appeal from Cause No. 2014-40158
189th District Court of Harris County, Texas

**KINDRED HEALTHCARE, INC. AND
TRIUMPH HOSPITAL OF EAST HOUSTON, L.P.
D/B/A KINDRED HOSPITAL OF CLEAR LAKE'S
UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION OF TIME
TO FILE OPENING BRIEF**

Levon G. Hovnatanian
Texas Bar No. 10059825
*hovnatanian@mdjwlaw.com*
Raymond M. Kutch
Texas Bar No. 24072195
*kutch@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Come now the appellants, Kindred Healthcare, Inc. and Triumph Hospital of East Houston, L.P. d/b/a Kindred Hospital of Clear Lake (collectively, "Kindred"), and respectfully move for a 14-day extension of time to file their opening brief. Kindred has neither requested nor received a previous extension of time to file its opening brief.

The current deadline for Kindred to file its opening brief is Monday, November 30, 2015. *See* TEX. R. APP. P. 38.6(a). This motion is filed on Wednesday, November 25, 2015, and is therefore timely filed. *See* TEX. R. APP. P. 38.6(d) ("A motion to extend the time to file a brief may be filed before or after the date the brief is due.").

The facts reasonably relied upon to explain the need for an extension of time are as follows. Levon G. Hovnatanian, Kindred's lead appellate counsel, has been extremely busy with other pressing matters:

**1.** Mr. Hovnatanian is preparing the brief of one of the appellees, MPF Investments, LLC D/B/A "A-1 Rent All," due, after one extension, on December 16, 2015, in Cause No. 12-15-00121-CV; *Garry L. Rollins and Carla D. Rolllins, Appellants v. Texas College and MPF Investments, LLC D/B/A "A-1 Rent All," Appellees*; in the Twelfth Court of Appeals.

**2.** Mr. Hovnatanian is assisting in preparing a petition for review, due, after two extensions, on November 30, 2015, in Cause No. 15-0805; *St. Paul Fire & Marine Insurance Company and St. Paul Surplus Lines Insurance Company, Petitioners v. Petroplex, Energy, Inc., Respondent*; in the Supreme Court of Texas.

**3.** Mr. Hovnatanian is assisting in preparing the brief of the appellee, due on December 3, 2015 (after two extensions), in Cause No. 05-15-00678-CV; *Brenda Peterson, Individually and as Next Friend of B.Q.P., a Minor and as Administrator of the Estate of James Q. Peterson, Deceased, and Gary Peterson, Appellants v. Farmers Texas County Mutual Insurance Company, Appellee*; in the Fifth Court of Appeals.

**4.** Mr. Hovnatanian is preparing to present oral argument for the appellee on December 1, 2015 in Cause No. 05-14-01394-CV; *Sunny Letot, Appellant v. United Services Automobile Association, Appellee*; in the Fifth Court of Appeals.

Considering the above, Kindred respectfully asks the Court to grant this motion and extend the time for it to file its opening brief to Monday, December 14, 2015.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/Levon G. Hovnatanian*
    Levon G. Hovnatanian
    State Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
    Raymond M. Kutch
    State Bar No. 24072195
    *kutch@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas  77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

BRENNIG & ASSOCIATES, P.C.


By: */s/Charles C. Brennig III*
    Charles C. Brennig III
    State Bar No. 00783719
    *cbrennig@brenniglaw.com*
    Richard M. Schreiber
    State Bar No. 24056278
    *rschreiber@brenniglaw.com*
1700 Post Oak Blvd.
2 BLVD Place, Suite 600
Houston, Texas 77056
(713) 622-5900 – Telephone
(713) 622-5910 – Facsimile

ATTORNEYS FOR APPELLANTS KINDRED HEALTHCARE, INC. AND TRIUMPH HOSPITAL OF EAST HOUSTON, L.P. D/B/A KINDRED HOSPITAL OF CLEAR LAKE

3

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated unopposed motion for extension of time to file brief contains 386 words.


*/s/Levon G. Hovnatanian*
Levon G. Hovnatanian
Dated:  November 25, 2015


## CERTIFICATE OF CONFERENCE

This is to certify that on November 25, 2015, the undersigned spoke to opposing counsel Mr. Martin Siegel regarding this motion, and Mr. Siegel advised that he does not oppose it.


*/s/Levon G. Hovnatanian*
Levon G. Hovnatanian

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this unopposed motion for extension of time to file brief has been forwarded by the methods indicated to the individual(s) listed below on this 25th day of November, 2015.

Sean O'Rourke
SIMON-O'ROURKE, P.C.
11550 Fuqua, Suite 200
Houston, Texas 77034
(281) 667-4081 – Telephone
(281) 823-7482 – Facsimile
*www.txattorneys.com*
*(via e-File and e-Mail)*

Anthony Buzbee
THE BUZBEE LAW FIRM
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
(713) 223-5393 – Telephone
(713) 223-5909 – Facsimile
*www.txattorneys.com*
*(via e-File and e-Mail)*

Martin J. Siegel
LAW OFFICE OF MARTIN J. SIEGEL, P.C.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
(281) 772-4568 – Telephone
*Martin@Siegelfirm.com*
*(via e-File and e-Mail)*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian